IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 13-md-02441 DWF/FLN |
| This document related to: | |
| HENRIETTA PALMER, | CASE NO. 0:14-cv-02701 |
| Plaintiff(s), | |
| vs. | |
| STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORPORATION, d/b/a STRYKER ORTHOPAEDICS, and STRYKER IRELAND LIMITED, | |
| Defendants. | |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action and Complaint without prejudice. The Defendants have not served an answer or a motion for summary judgment.

Dated this 24th day of February, 2015.

                        Respectfully submitted,

                        AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

                        /s/ Douglass A. Kreis
                        Douglass A. Kreis
                        DKreis@awkolaw.com
                        17 East Main Street, Suite 200
                        Pensacola, Florida 32502
                        Phone: (850) 202-1010
                        Facsimile: (850) 916-7449

                        Attorneys for Plaintiff