IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 13-md-02441 DWF/FLN |
| This document related to: ) | |
| HENRIETTA PALMER, ) | CASE NO.   0:14-cv-05077 |
| Plaintiff(s), ) | |
| vs. ) | |
| STRYKER CORPORATION; STRYKER SALES CORPORATION; HOWMEDICA OSTEONICS CORPORATION, d/b/a STRYKER ORTHOPAEDICS, and STRYKER IRELAND LIMITED, ) | |
| Defendants. ) | |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action and Complaint without prejudice. The Defendants have not served an answer or a motion for summary judgment.

Dated this 24th day of February, 2015.

Respectfully submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

/s/ Douglass A. Kreis
Douglass A. Kreis
DKreis@awkolaw.com
17 East Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

Attorneys for Plaintiff